**Appeal No.   2022AP540-CR**

**STATE OF WISCONSIN**

Cir. Ct. No.  2019CF206

**IN COURT OF APPEALS**
**DISTRICT IV**

---

**STATE OF WISCONSIN,**

  **PLAINTIFF-RESPONDENT,**

  **V.**

**GREGORY L. CUNDY,**

  **DEFENDANT-APPELLANT.**

FILED

August 25, 2023

Samuel A. Christensen
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Martin J. De Vries
Circuit Court Judge
Electronic Notice

Kelly Enright
Clerk of Circuit Court
Dodge County Justice Facility
Electronic Notice

Thomas Brady Aquino
Electronic Notice

Kieran M. O'Day
Electronic Notice

PLEASE TAKE NOTICE that a correction was made to paragraph 37, in the above-captioned opinion which was released on July 13, 2023.  A

corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.